In the Matter of the Transfer Tax upon the Estate of FERRUCCIO A. VIVANTI, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; WILLIAM GREENBAUM, as Executor, Respondent.

*Matter of Vivanti*, 138 App. Div. 281, appeal dismissed.
(Argued November 17, 1910; decided November 29, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

33

May 6, 1910, which reversed an order of the New York County Surrogate's Court assessing a transfer tax on the estate of Ferruccio A. Vivanti, deceased.

*T. S. Jenkins* for appellant.

*Walter M. Rosebault* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.